FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 24   PM 4:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BLANCHARD AND COMPANY, INC. | * | CIVIL ACTION No. 99-1758 |
| | * | c/w CIVIL ACTION NO. 99-3108 |
| Plaintiff | * | |
| | * | SECTION "C" |
| VERSUS | * | |
| | * | JUDGE BERRIGAN |
| STEVEN L. CONTURSI, SHERIDAN | * | |
| DOWNEY, ADAM CRUM, MALCOLM | * | MAG. DIV. 2 |
| VARNER, CLASSIC GOLD | * | |
| EXCHANGE, INC., ALHAMBRA COIN | * | MAGISTRATE JUDGE |
| CENTER, INC., INLAND EMPIRE | * | WILKINSON |
| NUMISMATICS, INC., CALIFORNIA | * | |
| COIN COMPANY, INC., MIRACLE | * | JURY TRIAL REQUESTED |
| MILE COIN CENTER, INC., LAGUNA | * | |
| BEACH COIN AND SILVER | * | |
| EXCHANGE, S.L. CONTURSI, INC. | * | REFERENCE NO. 99-1758 |
| RARE COIN GALLERY, OAKLAND | * | |
| COIN AND JEWELRY EXCHANGE, | * | |
| INC., AND MONEX RARE COINS | * | |
| | * | |
| Defendants | * | |

99-1758C

* * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Blanchard and Company, Inc. ("Blanchard"), who hereby moves, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for leave to file the attached Second Supplemental and Amended Complaint, which Second Supplemental and Amended Complaint simply corrects the name of one of the previously named Defendants.

In support of its Motion, Blanchard states that counsel for Defendants has consented to the filing of this pleading and the granting of this Motion.

WHEREFORE, Blanchard prays that after due proceedings had, it be granted leave of court

DATE OF ENTRY

AUG 2 8 2000

to file the attached Second Supplemental and Amended Complaint.

        Respectfully submitted,

        **BARRIOS, KINGSDORF & CASTEIX, L.L.P.**
        3650 One Shell Square
        701 Poydras Street
        New Orleans, Louisiana 70139-3650
        Telephone: (504) 524-3300

By: _____
        BRUCE S. KINGSDORF
        La. Bar Roll No. 7403

**ATTORNEYS FOR PLAINTIFFS,
BLANCHARD AND COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a copy of same, properly addressed, in the U. S. Mail on this _____ day of _____, 2000.

_____
BRUCE S. KINGSDORF

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BLANCHARD AND COMPANY, INC. | * | CIVIL ACTION No. 99-1758 |
| | * | c/w CIVIL ACTION NO. 99-3108 |
| Plaintiff | * | |
| | * | SECTION "C" |
| VERSUS | * | |
| | * | JUDGE BERRIGAN |
| STEVEN L. CONTURSI, SHERIDAN | * | |
| DOWNEY, ADAM CRUM, MALCOLM | * | MAG. DIV. 2 |
| VARNER, CLASSIC GOLD | * | |
| EXCHANGE, INC., ALHAMBRA COIN | * | MAGISTRATE JUDGE |
| CENTER, INC., INLAND EMPIRE | * | WILKINSON |
| NUMISMATICS, INC., CALIFORNIA | * | |
| COIN COMPANY, INC., MIRACLE | * | JURY TRIAL REQUESTED |
| MILE COIN CENTER, INC., LAGUNA | * | |
| BEACH COIN AND SILVER | * | |
| EXCHANGE, S.L. CONTURSI, INC. | * | REFERENCE NO. 99-1758 |
| RARE COIN GALLERY, OAKLAND | * | |
| COIN AND JEWELRY EXCHANGE, | * | |
| INC., AND MONEX RARE COINS | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * * | | |

## ORDER

**Considering the foregoing;**

**IT IS HEREBY ORDERED** that Plaintiff, Blanchard and Company, Inc., be and it is hereby granted leave to file the attached Second Supplemental and Amended Complaint.

**NEW ORLEANS, LOUISIANA,** this _25_ day of _____, 2000.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

L:\BSK\Blanchard\CONTURSI\PLDGS\mfl3.wpd